HAMITER, Justice
(dissenting).
Admittedly, the agency stations at Gretna and Harvey, which plaintiff seeks to have closed in this proceeding, are returning and for a lengthy period of time have returned substantial profits from their operations. Moreover, the evidence (as I appreciate it) preponderately discloses that thousands of persons residing in. and near those municipalities, situated in a heavily .populated,and *559 rapidly growing area, will be greatly inconvenienced if the sought closures are authorized. From all of which it certainly follows that the public good derived from the maintenance of such stations far outweighs the expense to plaintiff in continuing them. Accordingly, I am of the opinion that the order of the Louisiana Public Service Commission (denying the closing application), as approved by the district court, should be sustained.
I respectfully dissent.